UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CASTILLO, Individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEO SECURE SERVICES, LLC AND DOES 1-10,<br><br>Defendants. | Case No.:  22cv445-RSH(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[ECF 20]** |

On June 24, 2022, the Court set a videoconference Case Management Conference ("CMC") for July 11, 2022, at 2:00 p.m.  ECF No. 18.  The Court also ordered the parties to submit a Joint Discovery Plan by July 5, 2022.  Id.

On June 30, 2022, the parties filed a joint motion to continue the CMC.  ECF No. 20.  The parties seek to continue the CMC approximately sixty days.  Id.  In support, the parties state they are currently discussing settlement and have scheduled a private mediation for August 18, 2022.  Id.  In further support, the parties indicate "the mediation would globally resolve the instant matter, and several other cases pending against the Defendant[.]"  Id.

Good cause appearing, the parties' joint motion is **GRANTED** as follows:

1. The July 11, 2022, CMC is **CONTINUED** to **September 20, 2022**, at **1:30 p.m.**

1

      2.     No later than **September 9, 2022**, counsel for the parties must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name, e-mail address, and telephone number of each participant to receive the Zoom video conference invitation.

      3.     Each participant should plan to join the Zoom video conference at least five minutes before the start of the CMC to ensure the CMC begins promptly at **1:30 p.m.** The Zoom e-mail may indicate an earlier start time, but the CMC will begin at the Court-scheduled time.

      4.     In preparation for the CMC, the parties must

          a.     Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **August 30, 2022**.

          b.     File a Joint Discovery Plan on the CM/ECF system no later than **September 9, 2022**.

          c.     Exchange of initial disclosures pursuant to Rule (26)(a)(1)(A-D) no later than **September 13, 2022**.

All other guidelines and requirements remain as previously set. See ECF No. 18.

**IT IS SO ORDERED**.

Dated: 7/5/2022

Hon. Barbara L. Major
United States Magistrate Judge